UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Chrome Hearts LLC**<br>Plaintiff<br><br>-v-<br><br>**Guess?, Inc.**<br>Defendant | Case No.<br><br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____**Plaintiff**_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**None**

Date: June 6, 2007

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf