1  Douglas F. Broder (DB 8406)
   Rebecca Misner (DB 8086)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  599 Lexington Avenue
   New York, New York 10022
4  Telephone:  212-536-3900
   Facsimile:   212-536-3901
5  Email: douglas.broder@klgates.com
   Email: rebecca.misner@klgates.com
6
   Mark D. Baute (California State Bar No. 127
7  BAUTE & TIDUS LLP
   777 South Figueroa Street, Suite 4900
8  Los Angeles, California 90017
   Telephone: (213) 630-5000
9  Facsimile: (213) 683-1225
   Email: mbaute@bautelaw.com
10
   Attorneys for Defendant GUESS?, Inc., Cipriani Accessories, Inc.,
11 The Max Leather Group, Inc., and Jarrod Mark Kahn.



A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 6/19/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/20/08

13 **UNITED STATES DISTRICT COURT**
14 **FOR THE SOUTHERN DISTRICT OF NEW YORK**

16  CHROME HEARTS LLC,                  | Index Number: 07 CV 4812 (AKH)
17          Plaintiffs,                 | Judge: Honorable Alvin K. Hellerstein
18     v.                               |
19  GUESS?, INC., MACY'S INC.; CIPRIANI | **NOTICE OF SETTLEMENT AND**
    ACCESSORIES, INC.; THE MAX LEATHER  | **REQUEST TO VACATE CASE**
20  GROUP, INC.; And JARROD MARK KAHN,  | **MANAGEMENT CONFERENCE**
    an individual,                      |
21                                      | Case Management Conference
            Defendants.                 | Date:      June 20, 2008
22                                      | Time:      9:30 A.M.

25 **TO THE COURT:**

26     The parties have resolved the dispute and, pursuant to the parties' settlement agreement,
27 anticipate that a stipulation of dismissal, with prejudice, as to all claims will be filed by the
28 Plaintiff CHROME HEARTS LLC, on or before July 20, 2008.

---

NOTICE OF SETTLEMENT AND
REQUEST TO VACATE CASE MANAGEMENT CONFERENCE

107626v1

1   A Case Management Conference is scheduled for June 20, 2008, at 9:30 a.m. in this Court

2   before the Honorable Alvin K. Hellerstein. In light of the settlement of this matter, the parties

3   respectfully request that said Case Management Conference be vacated.

4                           KIRKPATRICK & LOCKHART PRESTON GATES
                            ELLIS LLP
5                           Douglas F. Broder, Esq. (DB 8406)
                            599 Lexington Avenue
6                           New York, New York 10022
                            Telephone: 212-536-3900
7                           Facsimile: 212-536-3901
                            Email: douglas.broder@klgates.com
8                           Attorneys for Defendants, GUESS?, Inc., Cipriani
                            Accessories, Inc., The Max Leather Group, Inc., and
9                           Jarrod Mark Kahn

10  Dated:    June 18, 2008            BAUTE & TIDUS LLP

11                                     By: /s/ Mark Baute

12                                     Mark D. Baute (CA SBN 127329)
                                       777 South Figueroa Street, Suite 4900
13                                     Los Angeles, California 90017
                                       Telephone: 213-630-5001
14                                     Facsimile: 213-683-1225
                                       E-mail: MBaute@bautelaw.com
15                                     *Admitted Pro Hac Vice
                                       Attorneys for Defendants, GUESS?, Inc.,
16                                     Cipriani Accessories, Inc., The Max Leather
                                       Group, Inc. and Jarrod Mark Kahn
17

18                                     TUCKER & LATIFI
                                       Robert Tucker, Esq. (SBN 1929819)
19                                     Afshineh Latifi, Esq. (SBN 2549442)
                                       160 East 84th Street
20                                     New York, New York 10028
                                       Telephone: 212-472-6262
21                                     Facsimile: 212-744-6509
                                       Attorneys for Plaintiff CHROME HEARTS LLC
22
    Dated:    June 19, 2008            BLAKELY LAW GROUP
23
                                       By: /s/
24
                                       Brent H. Blakely, Esq. (CA SBN 167292)
25                                     Cindy Chan, Esq. (CA SBN 247495)
                                       915 North Citrus Avenue
26                                     Hollywood, California 90038
                                       Telephone: 323-464-7400
27                                     Facsimile: 323-464-7410
                                       Attorneys for Plaintiff CHROME HEARTS LLC
28

                                            2

                                  NOTICE OF SETTLEMENT AND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHROME HEARTS LLC., <br><br> Plaintiff, <br><br> v. <br><br> GUESS?, INC., MACY'S INC.; CIRPRIANI ACCESSORIES, INC.; THE MAX LEATHER GROUP, INC.; And JARROD MARK KAHN, an individual, <br><br> Defendants. | Index Number: 07 CV 4812 (AKH) <br><br> Judge: Honorable Alvin K. Hellerstein <br><br> **AFFIDAVIT OF SERVICE OF NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I, Leticia G. Larios, BEING DULY SWORN, DEPOSES AND SAYS:

I am not a party to this action and I am over 18 years of age.

1. On June 19, 2008, I **caused** to be served by Facsimile and Regular Mail upon:

   Brent H. Blakely, Esq.  (bblakely@blakelylawgroup.com)
   Cindy Chan, Esq.        (cchan@blakelylawgroup.com)
   BLAKELY LAW GROUP
   915 North Citrus Avenue
   Hollywood, California 90038
   Telephone: 323-464-7400
   Facsimile: 323-464-7410

   **and**

   Robert Tucker, Esq.  (rtucker@tuckerlatifi.com)
   Afshineh Latifi, Esq.  (alatifi@tuckerlatifi.com)
   TUCKER & LATIFI LLP
   160 East 84th Street
   New York, New York, 10028
   Telephone: 212-472-6262
   Facsimile: 212-744-6509

true and correct copies of the following listed document(s):

**NOTICE OF SETTLEMENT AND**

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

Dated: June 19, 2008

_____
Leticia G. Larios